UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| ARAM J. PEHLIVANIAN, ) | |
| *Individually, and on Behalf of All Others* ) | |
| *Similarly Situated* ) | |
| ) | Case No.: 14-CV-9443(ER)(FM) |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CLASS ACTION** |
| ) | |
| CHINA GERUI ADVANCED MATERIALS ) | |
| GROUP LTD., MINGWANG LU, EDWARD ) | **JURY TRIAL DEMANDED** |
| MENG, YI LU, HARRY EDELSON, J.P. HUANG,) | |
| KWOK KEUNG WONG, YUNLONG WANG, ) | |
| *and* MAOTONG XU, ) | |
| ) | |
| Defendants. ) | |

_____

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that C. William Margrabe is no longer with the law firm entitled the Law Offices of Curtis V. Trinko, LLP, and pursuant to Local Rule 1.4, hereby withdraws as counsel for Aram J. Pehlivanian. The Law Offices of Curtis V. Trinko, LLP, continues to represent Aram. J. Pehlivanian.

Respectfully submitted:

                                               **LAW OFFICES OF CURTIS V. TRINKO, LLP**

                                               */s/ Curtis V. Trinko*
                                               Curtis V. Trinko
                                               16 West 46th Street, 7th Floor
                                               New York, New York 10036
                                               T: (212) 490-9550
                                               F: (212) 986-0158

                                               *Attorneys for Lead Plaintiff*

SO ORDERED

_____
Hon. Edgardo Ramos
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Curtis V. Trinko*
Curtis V. Trinko